**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1327**

_____

TRUSTEE SERVICES OF CAROLINA, LLC,

        Plaintiff - Appellee,

    v.

JAMAAL GITTENS,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Senior District Judge.  (3:24-cv-00156-GCM)

_____

Submitted:  April 10, 2025                    Decided:  April 14, 2025

_____

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Jamaal Gittens, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamaal Gittens seeks to appeal the district court's order remanding this case to state court for lack of subject matter jurisdiction. With limited exceptions not applicable here, a district court's order remanding a removed case for lack of subject matter jurisdiction is not reviewable on appeal or otherwise. 28 U.S.C. § 1447(d); *see Doe v. Blair*, 819 F.3d 64, 66-67 (4th Cir. 2016) ("[A] district court may remand a case sua sponte for lack of subject matter jurisdiction at any time, and such an order is not reviewable." (citations omitted)). Accordingly, we deny Wells Fargo Bank, N.A.'s motion to intervene, and we dismiss the appeal for lack of jurisdiction. *See Doe*, 819 F.3d at 66. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*